**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>SENSUS, USA, INC.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; IP.ACCESS, INC.; JUNI AMERICA, INC.; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC. SPRINT SPECTRUM, L.P.; ADVANCED METERING DATA SYSTEMS, LLC; STOKE, INCL; TATARA SYSTEMS, INC.; HTC AMERICA, INC.; PALM, INC.; UNITED STATES CELLULAR CORPORATION; CELLULAR SOUTH, INC.; NTELOS, INC.; MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC.,<br><br>          Defendants. | Civil Case No. 2:10-cv-448-TJW<br><br>JURY TRIAL REQUESTED |

**NOTICE OF JOINDER AND JOINDER OF DEFENDANT PALM, INC.
IN DEFENDANTS CISCO SYSTEMS, INC., ARUBA NETWORKS, INC.,
BROADSOFT, INC., IP.ACCESS, INC., MERU NETWORKS, INC.,
STOKE, INC., TATARA SYSTEMS, INC. AND KINETO
WIRELESS, INC.'S JOINT MOTION TO TRANSFER VENUE TO
<u>THE NORTHERN DISTRICT OF CALIFORNIA</u>**

PLEASE TAKE NOTICE that Defendant PALM, INC. ("Palm") will, and hereby does, join in Defendants Cisco Systems, Inc., Aruba Networks, Inc., Broadsoft, Inc., ip.access, Inc., Meru Networks, Inc., Stoke, Inc. Tatara Systems, Inc. and Kineto Wireless, Inc.'s (collectively, "the Moving Defendants") Joint Motion to Transfer Venue

1

to the Northern District of California (D.E.#128 or the "Motion") and, in such regard, respectfully requests that any such transfer of venue made by the Court relative to the one or more of the Moving Defendants also be ordered in favor of Palm.

The Moving Defendants' Motion has been fully briefed and Palm does not seek further briefing as its grounds for transfer have already been set forth in the Moving Defendants' Motion (D.E.#128) and Reply (D.E.# 202). The factual basis for transfer to the Northern District of California with respect to Palm individually is set forth in the Declaration of Thomas Krum in Support of Palm, Inc.'s Motion to Transfer Venue to the Northern District of California ("Krum Decl."), which is attached hereto as Exhibit A. Like the majority of the Moving Defendants, Palm's principal place of business, electronic and hard-copy documents concerning accused Palm products and relevant Palm witnesses are located in the Northern District of California. Krum Decl., §§5-9.

No prejudice will be caused to any party by Palm's joinder to the Moving Defendants' Motion.

Dated: April 4, 2011                    Respectfully submitted,

                                        FEINBERG DAY ALBERTI &
                                        THOMPSON LLP

                                        /s/ Margaret Elizabeth Day
                                        Margaret Elizabeth Day
                                        Email:  eday@feinday.com
                                        Sal Lim
                                        Appearing *pro hac vice*
                                        slim@feinday.com
                                        Marc Belloli
                                        Appearing *pro hac vice*
                                        mbelloli@feinday.com
                                        Feinberg Day Alberti & Thompson LLP
                                        401 Florence Street, Suite 200

2

Palo Alto, CA 94301
Telephone:  (650) 618.4360
Facsimile:   (650) 618.4368

*/s/Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

***Attorneys For Defendant Palm, Inc.***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that, on March 21, 2011, Marc Belloli, counsel for Defendant Palm, Inc., and Cabrach Connor, counsel for Plaintiff EON Corp. IP Holdings, LLC ("EON"), conferred by telephone regarding Palm's joinder in the Moving Defendants' Motion. EON does not oppose Palm joining the Motion, but opposes Palm's request for transfer to the Northern District of California. Likewise, between March 14, 2011, and March 21, 2011, counsel for Palm conferred with the Moving Defendants and non-moving defendants who have appeared in this action. None of the Moving Defendants or non-moving Defendants oppose Palm's joinder.

/s/Margaret Elizabeth Day
Margaret Elizabeth Day


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this documents was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this 4th day of April, 2011.

/s/ Margaret Elizabeth Day
Margaret Elizabeth Day