UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>    Plaintiff,<br>v.<br><br>SENSUS, USA, INC.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; IP.ACCESS, INC.; JUNI AMERICA, INC.; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; SPRINT SPECTRUM, L.P.; ADVANCED METERING DATA SYSTEMS, LLC; STOKE, INC.; TATARA SYSTEMS, INC.; HTC AMERICA, INC.; PALM, INC.; UNITED STATES CELLULAR CORPORATION; CELLULAR SOUTH, INC.; NTELOS, INC.; MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.;  and AIRVANA, INC.,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 2:10-cv-00448<br><br>JURY TRIAL REQUESTED |

## **EON'S NOTICE OF VOLUNTARY DISMISSAL**

As Cellular South, Inc., a defendant in this action, has neither answered the complaint nor moved for summary judgment, Plaintiff EON Corp. IP Holdings, LLC hereby dismisses this action against Cellular South, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 11, 2011

Respectfully submitted,

*/s/ Cabrach J. Connor*
Daniel Scardino
Texas Bar No. 24033165
Jeffery Johnson
Texas Bar No. 24048572
Cabrach J. Connor
Texas State Bar No. 24036390
Reed & Scardino L.L.P.
301 Congress Avenue, Suite 1250
Austin, TX 78701
Telephone: 512-474-2449
Fax: 512-474-2622
dscardino@reedscardino.com
jjohnson@reedscardino.com
cconnor@reedscardino.com

**ATTORNEYS FOR PLAINTIFF
EON CORP. IP HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, April 11, 2011.

/s/ *Cabrach J. Connor*
Cabrach J. Connor