UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br>v.<br><br>SENSUS USA, INC.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; IP.ACCESS, INC.; JUNI AMERICA, INC.; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; SPRINT SPECTRUM, L.P.; ADVANCED METERING DATA SYSTEMS, LLC; STOKE, INC.; TATARA SYSTEMS, INC.; HTC AMERICA, INC.; PALM, INC.; UNITED STATES CELLULAR CORPORATION; CELLULAR SOUTH, INC.; NTELOS, INC.; MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.;  and AIRVANA, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:10-cv-00448-TJW<br><br>JURY TRIAL REQUESTED |

## **JOINT MOTION TO DISMISS WITH PREJUDICE**

EON Corp. IP Holdings, LLC, ("EON") and Sensus USA, Inc. ("Sensus") have amicably settled the claims by and between EON and Sensus.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), EON and Sensus hereby jointly move the Court to dismiss with prejudice all claims asserted by and between EON and Sensus in this litigation.  Each party will bear its own costs and attorneys' fees.

Dated:  April 12, 2011	Respectfully submitted,

*/s/ Daniel Scardino*
Daniel Scardino
Texas State Bar No. 24033165
email:dscardino@reedscardino.com
Jeffery R. Johnson
Texas State Bar No. 24048572
email:jjohnson@reedscardino.com
Cabrach J. Connor
Texas State Bar No. 24036390
email: cconnor@reedscardino.com
REED & SCARDINO L.L.P.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
[Tel.] (512) 474-2449
[Fax] (512) 474-2622

**ATTORNEYS FOR PLAINTIFF
EON CORP. IP HOLDINGS, LLC**

*/s/ Hilda C. Galvan (with permission)*
Hilda Contreras Galvan
Texas State Bar No. 00787512
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
[Tel.] (214) 220-3939
[Fax] (214) 969-5100
hcgalvan@jonesday.com

**ATTORNEY FOR DEFENDANT
SENSUS USA, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, April 12, 2011.

      */s/Daniel Scardino*
      Daniel Scardino