UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, <br><br> Plaintiff, <br> v. <br><br> SENSUS USA, INC.; ARUBA NETWORKS, INC.; BROADSOFT, INC.; CLAVISTER AB; IP.ACCESS, INC.; JUNI AMERICA, INC.; CISCO SYSTEMS, INC.; MAVENIR SYSTEMS, INC.; MERU NETWORKS, INC.; SERCOMM CORPORATION; SONUS NETWORKS, INC.; SPRINT SPECTRUM, L.P.; ADVANCED METERING DATA SYSTEMS, LLC; STOKE, INC.; TATARA SYSTEMS, INC.; HTC AMERICA, INC.; PALM, INC.; UNITED STATES CELLULAR CORPORATION; CELLULAR SOUTH, INC.; NTELOS, INC.; MOTOROLA MOBILITY HOLDINGS, INC.; MOTOROLA SOLUTIONS, INC.; KINETO WIRELESS, INC.; and AIRVANA, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:10-cv-00448-TJW <br><br> JURY TRIAL REQUESTED |

## **JOINT MOTION TO DISMISS WITH PREJUDICE**

EON Corp. IP Holdings, LLC, ("EON") and Advanced Metering Data Systems, LLC ("AMDS") have amicably settled the claims between EON and AMDS. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) and the terms of the settlement agreement, EON and AMDS hereby move the Court to dismiss with prejudice all claims asserted by and between EON and AMDS in this litigation. Each party will bear its own costs and attorneys' fees.

Dated: April 13, 2011   Respectfully submitted,

    */s/ Daniel Scardino*
Daniel Scardino
Texas State Bar No. 24033165
email:dscardino@reedscardino.com
Jeffery R. Johnson
Texas State Bar No. 24048572
email:jjohnson@reedscardino.com
Cabrach J. Connor
Texas State Bar No. 24036390
email: cconnor@reedscardino.com
REED & SCARDINO L.L.P.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
[Tel.] (512) 474-2449
[Fax] (512) 474-2622

**ATTORNEYS FOR PLAINTIFF
EON CORP. IP HOLDINGS, LLC**

*/s/ Andy Tindel (with permission)*
Andy Tindel
Texas Bar No. 20054500
Provost Umphrey Law Firm, LLP
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: 903-596-0900
Facsimile: 903-596-0909
atindel@andytindel.com

**ATTORNEY FOR DEFENDANT
ADVANCED METERING DATA SERVICES, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, April 13, 2011.

      */s/Daniel Scardino*
      Daniel Scardino